**No. 46723.**—Protests 809058–G, etc., of T. D. Downing & Co. et al. (Boston).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 40493 the claim at 45 percent under paragraph 409 was sustained.

**No. 46724.**—Protest 922050–G of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of whistling balloons, rubber balloons, and noisemakers, in part of bamboo, and that they are similar in all material respects to those the subject of Abstract 40493. In accordance therewith the claim at 45 percent under paragraph 409 was sustained.

**No. 46725.**—Protest 775072–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel wooden cabinets similar to those the subject of Abstract 37636 were held dutiable at 33⅓ percent under paragraph 412; cigarette whistles similar to those the subject of Abstract 39509 and squawker balloons similar to those the subject of Abstract 40493 were held dutiable at 45 percent under paragraph 409 as articles in part of bamboo.

**No. 46726.**—Protest 969127–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the merchandise consists of jump sticks or trick paddles in chief value of wood the claim at 33⅓ percent under paragraph 412 was sustained, following Abstract 44028.

**No. 46727.**—Protest 976253–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the merchandise consists of jump sticks or trick paddles in chief value of wood the claim at 33⅓ percent under paragraph 412 was sustained, following Abstract 44028.

**No. 46728.**—Protest 67340–K of G. A. Westphal & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the music boxes in question are similar to those the subject of Abstract 28022 the claim at 40 percent under paragraph 1541 was sustained.